UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHAWN D. GIBSON,

   Petitioner,

v.                                   Case No. 5:22cv243-TKW-MAL

KENIN PISTRO,
KENDES ARCHER,

   Respondents.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 4). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that the claims asserted in the petition for writ of habeas corpus (Doc. 1) are not cognizable under 28 U.S.C. §2241. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The petition for writ of habeas corpus is **DISMISSED** under Rule 4 of the Rules Governing § 2254 Cases.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 28th day of November, 2022.

*[signature]*

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**

Case No. 5:22cv243-TKW-HTC